No. 10–6545. BERRYHILL *v.* WHITE, JUDGE, UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA, ET AL. C. A. 10th Cir. Motion of petitioner for reconsideration

of order denying leave to proceed *in forma pauperis* [*ante*, p. 999] denied.